UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

```
-----------------------------------------------------------------X
In re:                                         :    Chapter 11
                                               :
Toufic Salim Melki                             :    Case No.  19-15265-LSS
            Debtor.                            :
                                               :
-----------------------------------------------------------------X
                                               :
Toufic Salim Melki                             :
                                               :
       Plaintiff                               :
                                               :
v.                                             :
                                               :    Adv. Pro. No.
BROOKE E. LIERMAN, in her                      :
 capacity as Comptroller of                    :    23-00180
 Maryland                                      :
                                               :
       Defendant.                              :
                                               X
```

**PLAINTIFF'S WITNESS AND EXHIBIT LISTS**

NOW COMES Plaintiff, through counsel, and identify the following witnesses for trial:

Plaintiff, c/o counsel.

Ashraf Gadelrab
6000 STEVENSON A VENUE SUIT E
Alexandria, VA 22304

Chris Filby
Marcoin, Inc.
900 S Washington St, Ste G-5
Falls Church, VA 22046-4009


Plaintiff identifies and pre-files herewith the following exhibits:

1. Comptroller's Discovery Responses
2. Proof of Claim #8
3. Objection to Claim #8
4. Order Sustaining Objection to Proof of Claim #8
5. Amended 2019 Federal and State Returns
6. IRS tax transcript showing acceptance of IRS return

Dated:  August 18, 2025.

                                            Respectfully submitted,

                                              /s/Daniel M. Press_____
                                            Daniel M. Press, #07300
                                            dpress@chung-press.com
                                            CHUNG & PRESS, P.C.
                                            6718 Whittier Ave., Suite 200
                                            McLean, VA 22101
                                            (703) 734-3800
                                            (703) 734-0590 fax
                                            Counsel for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that on this 18th day of August, 2025, I served the foregoing Exhibit and Witness List and accompanying exhibits on counsel for the Defendant by CM/ECF, to:

Kimberly B. Stephens, Esq.
Compliance Division – Room 410
301 W. Preston Street
Baltimore, Maryland 21201
        kstephens@comp.state.md.us

                                               /s/ Daniel M. Press_____
                                                 Daniel M. Press