IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| Toufic Salim Melki ) | Chapter 11 |
| ) | Case NO.: 19-15265 LSS |
| Debtor ) | |
| ) | Adv. Pro. No.: 23-00180 |
| | |
| ) | |
| Toufic Salim Melki ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| Brooke E. Lierman, in her ) | |
| capacity as Comptroller of Maryland ) | |

## DEFENDANT'S ANSWERS TO

## PLAINTIFF'S DISCOVERY REQUESTS TO DEFENDANT

NOW COMES Respondent, the State of Maryland, Comptroller of Maryland("Comptroller"), by and through its undersigned attorney, in response to Debtor's Interrogatories and answers as follows:

### INTERROGATORIES

INTERROGATORY NO. 1: Identify all persons who assisted, or provided information utilized, in the preparation of these responses to these interrogatories, specifying for each such person the assistance and/or information provided.

ANSWER TO INTERROGATORY NO. 1:

Comptroller of Maryland employees assigned to the Bankruptcy Unit would have knowledge of the Proof of Claim. Comptroller of Maryland employees of the Amended Tax Unit, Income Tax Collections, Nexus Unit and Hearings and Appeals would also have knowledge of personal income tax.

INTERROGATORY NO. 2: Describe in detail each and every claim you assert in this bankruptcy case (separately, by tax year) and state the factual and legal basis for each.

ANSWER TO INTERROGATORY NO. 2:

Claim No. 8 filed 10/22/19 was for Debtor's single income tax liability for tax years 2017 and 2018.

Tax Year 2017 – Original Returned filed 10/15/18

| Federal Adjusted Gross Income | $233,638.00 |
|---|---|
| Maryland Adjusted Gross Income | $204,755.00 |
| Maryland Taxable Income | $168,894.00 |
| Maryland Tax | $8,299.17 |
| Local Tax | $5,404.61 |
| Total Tax | $13,703.78 |
| Withholding | ($5,501.00) |
| Estimated Payments | ($8,000.00) |
| Remaining Tax Balance | $203.00 |
| Interest | $535.00 |

Interest and penalty were added pursuant to the tax liability pursuant to Annotated Code of Maryland, Tax-General §13-601 and 13-701..

Tax Year 2018 – Original Returned filed 09/30/19

| Federal Adjusted Gross Income | $640,861.00 |
|---|---|
| Maryland Adjusted Gross Income | $635,861.00 |
| Maryland Taxable Income | $631,361.00 |
| Maryland Tax | $34,125.75 |
| Local Tax | $20,203.55 |

| | |
|---|---|
| Total Tax | $54,329.30 |
| Withholding | ($602.00) |
| Estimated Payments | ($3,000.00) |
| Remaining Tax Balance | $50,728.00 |
| Interest | $3,625.00 |

Tax year 2016 – At the original filing of Claim No. 8 there was no liability for tax year 2016 and Debtor had already received a refund of $11,709.00 on 09/18/17.

Subsequent to the bankruptcy filing, Debtor later filed an amended return for tax year 2016 on 10/15/19.

Tax Year 2016 – Original Returned filed 09/15/17 – Amended Returned Filed 10/15/19

| Return Information | Original Return | Amended Return |
|---|---|---|
| Federal Adjusted Gross Income | $198,849.00 | $225,092.00 |
| Maryland Adjusted Gross Income | $198,849.00 | $ |
| Maryland Taxable Income | $160,458 | $ |
| Maryland Tax | $7,835.19 | $ |
| Local Tax | $5,134.66 | |
| Total Tax | $12,969.85 | |
| Withholding | ($4,679.00) | ($4,679.00) |
| Estimated Payments | ($20,000.00) | ($20,000.00) |
| Remaining Tax Balance | $0.00 | $ |
| Interest | $0.00 | $0.00 |
| Total Due | $0.00 | $0.00 |
| Refund 09/18/17 | $11,709.00 | |
| | | |
| | | |

Tax Year 2017 – Original Returned filed 10/15/18 – Amended Returned Filed 10/15/19

| Return Information | Original Return | Amended Return |
|---|---|---|
| Federal Adjusted Gross Income | $233,638.00 | $272,938.00 |
| Maryland Adjusted Gross Income | $204,755.00 | $246,076.00 |
| Maryland Taxable Income | $168,894.00 | $220,477.00 |
| Maryland Tax | $8,299.17 | $11,136.23 |
| Local Tax | $5,404.61 | 7,055.26 |
| Total Tax | $13,703.78 | $18,191.49 |

| Withholding | ($5,501.00) | ($5,501.00) |
|---|---|---|
| Estimated Payments | ($8,000.00) | ($8,000.00) |
| Remaining Tax Balance | $203.00 | $4,690.49 |
| Interest | $535.00 | $686.00 |
| Total Due | $737.78 | $5,376.49 |
| Payment 10/15/18 | ($738.00) | |
| IRS Offset (Applied then Returned) 04/14/23 | | ($11,486.81) |
| IRS Offset (Applied then Returned) 06/30/23 | | ($16,105.36) |

Tax Year 2018 – Original Returned filed 10/15/18 – Amended Returned Filed 10/15/19

| Return Information | Original Return | Amended Return |
|---|---|---|
| Federal Adjusted Gross Income | $640.861.00 | $174,054.00 |
| Maryland Adjusted Gross Income | $635,861.00 | $174,054.00 |
| Maryland Taxable Income | $631,361.00 | $164,754.00 |
| Maryland Tax | $34,125.75 | $7,810.20 |
| Local Tax | $20,203.55 | $5,272.13 |
| Total Tax | $54,329.30 | $13,082.33 |
| Withholding | $602.00 | $602.00 |
| Estimated Payments | $3,000.00 | $3,000.00 |
| Remaining Tax Balance | $50,728.00 | $9,480.33 |
| Interest | $3,625.00 | $3,625.00 |
| Total Due | $54,352.30 | $13,105.33 |
| Payment 10/15/18 | | |

INTERROGATORY NO. 3: If you have rejected or failed to process any return or amended return filed or otherwise delivered to you, state in detail your reasons therefore.

ANSWER TO INTERROGATORY NO. 3:

Debtor's 2016 and 2018 amended returns were initially rejected by the Amended Unit. The Amended Unit requests proof of federal acceptance from the Internal Revenue Service ("IRS") for amended returns.

<u>Tax Year 2016</u> - The Nexus Unit verified the FAGI from the Internal Revenue Service on 05/05/25 and it noted that the 2016 IRS amended return was accepted in October 2024. The acceptance letter did not come from the Debtor. All employees of the Comptroller of Maryland are not allowed to view federal information (including counsel) as part of our agreement with the IRS. As such, the FAGI for 2016 has been approved for adjustment to $225,092.00.

<u>Tax Year 2018</u> - Debtor's 2018 amended return was initially rejected and subsequently approved. Debtor was sent a letter requesting a copy of that documentation. It was not received timely and the amended return was denied. The information was later provided and Hearings and Appeals allowed the amended return adjustment to the Federal Adjusted Gross Income ("(FAGI"). The FAGI was reduced from $640,861.00 to $174,054.00.

<u>INTERROGATORY NO. 4</u>: Identify each statement, and each person who on your behalf has obtained or attempted to obtain statements from any person, regarding the facts or circumstance of this matter, and for each such statement identify the person making it or from whom it was attempted to obtain the statement, the date the statement was taken or requested, a detailed description of the contents of the statement, and the person who has custody or control of the statement.

<u>ANSWER TO INTERROGATORY NO. 4:</u>

I contacted the Amended Tax Unit (Scott McKenzie) for Tax Years 2016 and 2017, Nexus Unit (Cassandra Clark for Tax Year 2016), Income Tax Collections (Cynthia Low overall collections matters) and Hearings and Appeals (Kelly Adams for Tax Year 2018) on May 5, 2025, regarding the nature of the amended returns submitted by the Debtor.

<u>INTERROGATORY NO. 5:</u> Identify any documents which support or controvert any allegation, claim, defense, or claim for damages or other relief herein, and if they are not in the

custody of a party to this action describe such documents with sufficient particularity to enable the party propounding these interrogatories to file a request or subpoena for their production.

ANSWER TO INTERROGATORY NO. 5:

Documents

| Exhibit No. | Title |
|---|---|
| 1 | Plaintiff's Bankruptcy Petition |
| 2 | Comptroller of Maryland's Proof of Claim No. 8 |
| 3 | Plaintiff's Income Tax Account Summary as of 05/05/25 |
| 4 | Plaintiff's 2016 Original Return |
| 5 | Plaintiff's 2016 Refund Original Return |
| 6 | Plaintiff's 2016 Amended Return |
| 7 | Plaintiff's 2016 Amended Return Denial |
| 8 | Plaintiff's Amended Return Desk Audit & TDS Case Sheet |
| 9 | Plaintiff's Income Tax Liability 2016 |
| 10 | Plaintiff's 2017 Original Return for Claim No. 8 |
| 11 | Plaintiff's 2017 Account Detail Amended Return |
| 12 | Plaintiff's Income Tax Liability 2017 |
| 13 | Plaintiff's 2017 Original Return |
| 14 | Plaintiff's 2018 Amended Return |
| 15 | Plaintiff's Request for Federal Acceptance 2018 Amended Return |
| 16 | Plaintiff's 2018 Amended Return Denial |
| 17 | Adjustment Memo for 2018 Amended Return FAGI Reduction |
| 18 | Plaintiff's Income Tax Liability 2018 |
| 19 | Plaintiff's 2021 Original Return |
| 20 | Plaintiff's Income Tax Liability 2021 |
| 21 | IRS Offset Returned Refund |
| 22 | Plaintiff's Anticipated Refund # 1 |
| 23 | Plaintiff's Anticipated Refund # 2 |

INTERROGATORY NO. 6: Identify all documents which you reasonably expect to be used to support or contest any allegation in the pleadings.

ANSWER TO INTERROGATORY NO. 6:

See Interrogatory NO. 5.

INTERROGATORY NO. 7: Provide complete transcripts for all tax years of every transaction or occurrence, and every amount assessed, charged, credited, or paid on each and every account and tax year at issue. Include the dates and detail of all returns, amended returns, notices or other communications from the IRS, audits, assessment, payments, credits, penalties and all other transactions.

ANSWER TO INTERROGATORY NO. 7:

Our office does not have account transcripts such as the IRS. Listed below is a summary of tax years 2016 through 2022.

Tax Year 2016

| | | |
|---|---|---|
| Withholding Payment | 01/01/17 | $4,679.00 |
| Payment with Extension to File | 04/15/17 | $20,000.00 |
| Original Return Filed | 09/15/17 | |
| Refund | 09/16/17 | $11,709.00 |
| Interest Abatement | 09/18/17 | |
| Amended Return Filed | 10/22/19 | |
| Tax Comp Amended Return | 10/23/19 | |
| IRS Offset | 10/05/22 | $49,824.19 |
| Maryland Offset | 03/26/23 | $19,955.74 |
| Desk Audit/FAGI Change | 05/05/25 | |
| Refund Calculation | 05/05/25 | $19,955.74 |
| Assessment Amended Return | 05/05/25 | Held (If Refund due is applied) |

Tax Year 2017

| | | |
|---|---|---|
| Withholding Payment | 01/01/18 | $5,501.00 |
| Payment with Extension to File | 04/15/18 | $8,000.00 |
| Original Return Filed | 10/15/18 | |
| Payment Original Return | 10/15/18 | $738.00 |
| Amended Return Filed | 10/22/19 | |
| Assessment Amended Return | 01/06/20 | |
| IRS Offset | 04/14/23 | $11,486.81 |
| Maryland Offset | 06/07/23 | $4,659.83 |
| IRS Offset | 06/30/23 | $16,015.36 |

Tax Year 2018

| | | |
|---|---|---|
| Withholding Payment | 01/01/19 | $602.00 |
| Payment with Extension to File | 04/15/19 | $3,000.00 |
| Original Return Filed | 09/30/19 | |
| Tax Comp Original Return | 10/09/19 | |
| Assessment Original Return | 12/09/19 | |
| Amended Return Filed | 06/07/22 | |
| Amended Return Adjustment | 08/21/23 | |
| Assessment Amended Return | 08/21/23 | |

Tax Year 2019

| | | |
|---|---|---|
| Withholding Payment | None | |
| Payment with Extension to File | None | |
| Original Return Filed | 10/14/20 | |
| Tax Comp Original Return | 11/17/20 | |
| Assessment Original Return | 11/13/21 | |
| Payment Original Return | 07/15/21 | $18,161.03 |

Tax Year 2020

| | | |
|---|---|---|
| Withholding Payment | 01/01/20 | $23,300.00 |
| Original Return Filed | 09/13/22 | |

Tax Year 2021

| | | |
|---|---|---|
| Withholding Payment | 01/01/22 | $7,004.00 |
| Original Return Filed | 09/26/22 | |
| Tax Comp Original Return | 06/01/23 | |
| Assessment Original Return | 08/01/23 | |

Tax Year 2022

| | | |
|---|---|---|
| Withholding Payment | 01/01/23 | $11,372.00 |
| Payment with Extension to File | None | |
| Original Return Filed | 06/07/23 | |
| IRS Offset Return Check | 09/01/23 | $90,602.90 |
| Refund Calculation | 05/05/25 | $4,659.83 |

INTERROGATORY NO. 8: Identify (as defined above) each person referred to in the pleading, or who you believe may have knowledge of facts relating to the allegations, claims,

defensed, and claims for damages or other relief in this action, and for each such person specify the nature of information he or she possesses, the portion of the claims or defense(s) to which such knowledge applies, and whether you expert to have such person testify at the trial of this action. Include in your response all persons referred to elsewhere in your responses to these interrogatories.

ANSWER To INTERROGATORY NO. 8:

Income Tax Collections Unit, Amended Tax Unit, Nexus Unit and Hearings and Appeals.

INTERROGATORY NO. 9: Describe in detail all communication between you and any other party to this action, or any other person or entity, including the US Department of Treasure or IRS, regarding the subject matter of this action.

ANSWER To INTERROGATORY NO. 9:

Account review questions related to this Debtor with the Amended Unit, Nexus Unit, Income Tax Collections and Hearings and Appeals. I have not had any direct contact with the Internal Revenue Service (IRS).

INTERROGATORY NO. 10: Identify each document or other communication otherwise responsive to any interrogatory or request for production for which you claim privilege; state the nature of the privilege, the nature of the document or communication, the date thereof, the subject matter thereof; and each person(s) who made the communication or wrote the document; and all recipients thereof.

ANSWER To INTERROGATORY NO. 10:

Federal account information from the IRS which has limited to access and is not accessible by all Comptroller of Maryland staff. Also, any screen shots that are marked "This Screen Contains Federal Data" we are not allowed to print. If it is printed in error, there are agency protocols that must be followed due to our partnership with the IRS. The printed page must be logged, reported, logged and given to a supervisor and placed in a locked bin for shredding.

<u>INTERROGATORY NO. 11</u>: If the answer to any Request for Admission is anything over than an unqualified admission, state in detail the reason for your response, including your detailed calculation of the amount you contend is overpaid.

<u>ANSWER TO INTERROGATORY NO. 11.</u>

See Responses to Requests for Admission.

## DOCUMENT REQUESTS

Documents

| Exhibit No. | Title |
|---|---|
| 1 | Plaintiff's Bankruptcy Petition |
| 2 | Comptroller of Maryland's Proof of Claim No. 8 |
| 3 | Plaintiff's Income Tax Account Summary as of 05/05/25 |
| 4 | Plaintiff's 2016 Original Return |
| 5 | Plaintiff's 2016 Refund Original Return |
| 6 | Plaintiff's 2016 Amended Return |
| 7 | Plaintiff's 2016 Amended Return Denial |
| 8 | Plaintiff's Amended Return Desk Audit & TDS Case Sheet |
| 9 | Plaintiff's Income Tax Liability 2016 |
| 10 | Plaintiff's 2017 Original Return for Claim No. 8 |
| 11 | Plaintiff's 2017 Account Detail Amended Return |
| 12 | Plaintiff's Income Tax Liability 2017 |
| 13 | Plaintiff's 2017 Original Return |
| 14 | Plaintiff's 2018 Amended Return |
| 15 | Plaintiff's Request for Federal Acceptance 2018 Amended Return |
| 16 | Plaintiff's 2018 Amended Return Denial |
| 17 | Adjustment Memo for 2018 Amended Return FAGI Reduction |
| 18 | Plaintiff's Income Tax Liability 2018 |
| 19 | Plaintiff's 2021 Original Return |
| 20 | Plaintiff's Income Tax Liability 2021 |
| 21 | IRS Offset Returned Refund |
| 22 | Plaintiff's Anticipated Refund # 1 |
| 23 | Plaintiff's Anticipated Refund # 2 |

No Expert Witnesses will be called at the trial.

## REQUESTS FOR ADMISSION

(1) Admit that the Debtor's Maryland State income tax liability (not considering any post-petition payments) for 2017 is $3,633 (plus any penalties and interest).

> Deny – Debtor has income tax liability of $4,488 and a balance of $8,398.11 (including penalty and interest).

(2) Admit that the Debtor's Maryland State income tax liability (not considering any post-petition payments) for 2018 is $9,480 (plus any penalties and interest).

> Admit – Debtor has income tax liability of $9,480 and a balance of $16,221.25 (including penalty and interest).

(3) Admit that for 2016, Debtor has no Maryland State income tax and has overpaid $9,364.

> Deny – Debtor has income tax liability of $2,346 and a balance of $4,631.86 (including penalty and interest).

(4) Admit that for 2019, Debtor has no Maryland State income tax and has overpaid $31,521.

> Deny – Debtor had an original balance of $18,161.03 from the original return and the payment of $18,161.03 was credited on 02/02/22. There is no overpayment as there is no amended return for 2019 on record. If Debtor has the amended return for 2019 and <u>proof of the federal acceptance for the 2019 federal amended return</u> it should be sent to me so that I can get it processed.

(5) Admit that for 2020, Debtor has no Maryland State income tax and has overpaid $21,673.

> Deny – Debtor overpaid by $19,955.74 (rounded to $19,960.00).

(6) Admit that Debtor's Maryland State income tax for 2021 is $14,819 (plus any penalties and interest).

> Admit - Debtor has income tax liability of $14,819 and a balance of $20,399.79 (including penalty and interest).

(7) Admit that for 2022, Debtor has no Maryland State income tax and has overpaid $4,660.

> Admit – Debtor overpaid by $4,659.83 (rounded to $4,660.00).

(8) Admit that Debtor is entitled to a refund of the net overpayment for 2016-2022.

> Admit – Debtor overpaid for tax years 2020 and 2022 (Maryland Refund $24,615.57). Liability still exists for 2016, 2017, 2018 and 2021(Liability $49,651.01). Total remaining liability if Maryland refunds of $24,615.57 are applied to account: $25,035.41. See chart below.

> IRS offsets have already been returned to Debtor in the amount of $90,602.90 on 09/01/23.

**Summary of Tax Account for Tax Years 2016 - 2022**

| Tax Year | Liability Amount Due | Maryland Refund Amount Due |
|---|---|---|
| 2016 | $4,631.86 | |
| 2017 | $8,398.11 | |
| 2018 | $16,221.25 | |
| 2019 | $0.00 | $0.00 |
| 2020 | | ($19,955.74) |
| 2021 | $20,399.79 | |
| 2022 | | ($4,659.83) |
| Summary | $49,651.01 | ($24,615.57) |

Respectfully submitted,

/s/ Kimberly B. Stephens

---

Kimberly B. Stephens, Bar No. 28572
Compliance Division
7 St. Paul Street – Suite 230K
Baltimore, MD 21202
Phone: 410-767-1577
Email: kstephens@marylandtaxes.gov

ATTORNEY FOR THE
COMPTROLLER OF MARYLAND

## CERTIFICATE OF SERVICE

1 HEREBY CERTIFY that on this 8th day of May 2025, 1 served a copy of Comptroller of Maryland's to Answers to Interrogatories, Document Requests and Request for Admission by overnight mail to the following party:

Daniel M. Press, Esquire
CHUNG & PRESS, P.C.
6718 Whittier Avenue
Suite 200
McLean, VA 22101
*Counsel for Plaintiff*

/s/ Kimberly B. Stephens