

```
                    This Product Contains Sensitive Taxpayer Data

                                                     Request Date: 04-24-2023
                                                    Response Date: 04-24-2023
                                                  Tracking Number: 104467158254

                                 Account Transcript

     FORM NUMBER: 1040                   TAX PERIOD: Dec. 31, 2019

     TAXPAYER IDENTIFICATION NUMBER:           XXX-XX-7064

     TOUF S MELK



             --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

     ACCOUNT BALANCE:       29,843.51
     ACCRUED INTEREST:       1,433.87        AS OF: May  08, 2023
     ACCRUED PENALTY:        1,095.97        AS OF: May  08, 2023

     ACCOUNT BALANCE
        PLUS ACCRUALS
        (this is not a
        payoff amount):     32,373.35

                     ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

     EXEMPTIONS:                  03
     FILING STATUS:         Head of Household
     ADJUSTED GROSS
        INCOME:             228,221.00
     TAXABLE INCOME:        144,376.00
     TAX PER RETURN:         24,060.00
     SE TAXABLE INCOME
        TAXPAYER:                 0.00
     SE TAXABLE INCOME
        SPOUSE:                   0.00
     TOTAL SELF
        EMPLOYMENT TAX:           0.00

     RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)  Oct. 14, 2020
     PROCESSING DATE                                               Nov. 23, 2020

                                     TRANSACTIONS
     CODE  EXPLANATION OF TRANSACTION            CYCLE    DATE              AMOUNT
     150   Tax return filed                      20204305 11-23-2020    $24,060.00
           16221-688-51614-0

     460   Extension of time to file tax return           04-14-2020         $0.00
           ext. Date 10-15-2020

     176   Penalty for not pre-paying tax        20204505 11-23-2020       $735.71
           00-00-0000

     276   Penalty for late payment of tax       20204505 11-23-2020       $601.50
```

| Code | Description | Cycle | Date | Amount |
|---|---|---|---|---|
| 196 | Interest charged for late payment | 20204505 | 11-23-2020 | $259.73 |
| 971 | Notice issued | | 11-23-2020 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 04-18-2019 | $0.00 |
| 971 | Amended tax return or claim forwarded for processing | | 06-04-2022 | $0.00 |
| 977 | Amended return filed 33277-559-04093-2 | | 06-04-2022 | $0.00 |
| 290 | Additional tax assessed 19254-599-07213-2 | 20222905 | 08-08-2022 | $295.00 |
| 196 | Interest charged for late payment | 20222905 | 08-08-2022 | $1,485.57 |
| 276 | Penalty for late payment of tax | 20222905 | 08-08-2022 | $2,406.00 |
| 971 | Notice issued | | 08-08-2022 | $0.00 |

This Product Contains Sensitive Taxpayer Data