IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| Toufic Salim Melki ) | Chapter 11 |
| ) | Case NO.: 19-15265 LSS |
| Debtor ) | |
| ) | Adv. Pro. No.: 23-00180 |
| ) | |
| Toufic Salim Melki ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| Brooke E. Lierman, in her ) | |
| capacity as Comptroller of Maryland ) | |
| ) | |
| Defendant ) | |

## DEFENDANT'S PRE-TRIAL STATEMENT UPDATE

NOW COMES Defendant, the State of Maryland, Comptroller of Maryland("Comptroller"), by and through its undersigned attorney, and files this Pre-Trial Statement Update as follows:

1. The Comptroller has reviewed the income tax filings of Debtor Toufic Melki. Debtor filed amended returns post-petition for tax years 2016, 2017, 2018 and 2019.

2. Listed below is a breakdown of the liability and refunds for Debtor. Interest and penalty are based on the amounts provided in the Comptroller's Discovery

Responses to Debtor's Counsel on May 8, 2025. While the penalty remains the same, the Comptroller has not brought the interest amount to the current date.

**Summary of Tax Account for Tax Years 2016 - 2022**

| Tax Year | Tax Amount | Penalty | Interest | Liability Amount Due | Maryland Refund Amount Due |
|---|---|---|---|---|---|
| 2016 | $2,345.42 | $234.56 | $2,051.88 | $4,631.86 | |
| 2017 | $3,749.00 | $0.00 | 0.00 | $3,749.00 | |
| 2018 | | | | | |
| 2019 * | | | | | ($31,521.00) |
| 2020 | | | | | ($19,955.74) |
| 2021 | $14,818.81 | $1,481.88 | $4,099.10 | $20,399.79 | |
| 2022 | | | | | ($4,659.83) |
| Summary | $20,913.23 | $1,716.44 | $6,150.98 | $28,780.65 | ($56,136.57) |

3. <u>Tax Year 2016 -</u> Debtor states that there is a refund of $9,364.00 due from the amended return. The Debtor was due a refund of this amount on the amended return, however, when Debtor filed his original 2016 return, he received a refund at that time of $11,709.00 on 09/18/17. Debtor did not account for the refund already issued. Therefore, the Comptroller is owed tax back in the amount of $2,345.42. Interest and penalty were added accordingly.

4. <u>Tax Year 2017 & Tax Year 2018</u> – Claim reduced to $3,749.00 per court order.

5. <u>Tax Year 2019</u> – Debtor provided a copy of the Amended 2019 Federal Return and federal acceptance but the Amended 2019 Maryland Return was filed incorrectly on the wrong form and it was rejected when it was filed electronically. The other

Amended Maryland Returns were filed by paper on the proper forms. Form 502 is the original return form which we received dated 10/04/20. An Amended Maryland Return is due on Form 502X not Form 502 as filed the second time. Notwithstanding this error, the Amended Tax Unit is processing the return as an expedited matter. Therefore, a potential refund of $31,521.00 is tentative until the return is fully processed.

6. <u>Tax Year 2020</u> – Debtor's amended return was processed with a refund amount due of $19,955.74 per the return.

7. <u>Tax Year 2021</u> – Debtor's original return was processed with a tax balance due of $14,818.81. Interest and penalty were added accordingly.

8. <u>Tax Year 2022</u> – Debtor's original return was processed with a refund amount due of $4,659.83 due per the return.

9. <u>Summary</u> – Tax Refunds Due $56,136.57 (2019* tentative, 2020 and 2022) - Tax Liability $28,780.65 = $27,355.92 Refund due to Debtor.

Respectfully submitted,

/s/ Kimberly B. Stephens

———————————————

Kimberly B. Stephens, Bar No. 28572
Compliance Division
7 St. Paul Street – Suite 230K
Baltimore, MD 21202
Phone: 410-767-1577
Email: kstephens@marylandtaxes.gov

ATTORNEY FOR THE
COMPTROLLER OF MARYLAND

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 29th day of September 2025, 1 filed electronically a copy of Comptroller of Maryland's to Answers to Interrogatories, Document Requests and Request for Admission by overnight mail to the following party:

Daniel M. Press, Esquire
CHUNG & PRESS, P.C.
6718 Whittier Avenue
Suite 200
McLean, VA 22101
*Counsel for Plaintiff*

                                                     /s/ Kimberly B. Stephens