RETAIN

**Lori S. Simpson , U. S. BANKRUPTCY JUDGE**    Evidentiary Hrg: Y N
    Exhibits Filed: Y N

PROCEEDING MEMO – ADVERSARY PROCEEDING

Date: 10/02/2025 Time: 10:00

**CASE: 23-00180 Melki v. Lierman et al**

Related: 19-15265 Toufic Salim Melki

✓Daniel M. Press representing Toufic Salim Melki (Plaintiff)

PRO SE Brooke E Lierman (Defendant)

✓Kimberly Stephens representing Comptroller of Maryland (Defendant)

[1] Adversary case 23-00180. (72 (Injunctive relief – other)) Complaint by Daniel M. Press on behalf of Toufic Salim Melki against Brooke E Lierman. The filing fee is EXEMPT – Plaintiff is the debtor in the Bankruptcy case.

**FILED BY** : Toufic Melki BY D Press

[8] Exhibit/Witness List Filed by Daniel M. Press. (Attachments: #s6 Exhibit 6)

**FILED BY** : Toufic Melki BY D Press

SCHEDULE:

    1. Discovery cutoff: _____    6. Pretrial memos/exhibits: _____

    2. Dispositive motions: _____    7. Trial times est: \_\_\_\_\_ days \_\_\_\_ hrs

    3. Status report due: _____    8. Trial date: _____ time: _____

    4. Motions hrg. date: _____    9. Expert witness & Rpts: _____

    5. Final pretrial hrg: _____    10. Reissue Summons: _____

DISPOSITION:

    Granted\_\_\_\_ Denied\_\_\_\_ Withdrawn\_\_\_\_ Default\_\_\_\_ Consent\_\_\_\_ Under Adv.\_\_\_\_

    Adjourned / Continued to: _____ at _____ m. Notice: YES / NO

FINAL DISPOSITION:

_____ Judgment for Plaintiff(s) _____

_____ Judgment for Defendant(s) _____

_____ Consent        _____ Withdrawn/ Dismissed/ Deny

Amount: $ _____    for want of Prosecution

```
                              _____Day Settlement Order
   _____Decision Reserved          _____Moot
   _____Default / No Response      _____Soldiers and Sailors Affidavit Due
   _____Show Cause Order           _____Other:_____
Adjourned / Continued to:_____at _____.m. Notice: YES / NO
Post Trial Memos Due: Plaintiff:_____Defendant:_____


DECISION:
   [ ] Signed by Court          [ ] Filed by Counsel
   [ ] To be prepared by:
       [ ] plaintiff's counsel      [ ] Court
       [ ] defendant's counsel      [ ] Other  _____

NOTES:Final pre trial conf. held.  Parties very close to resolving.
```