Entered: October 15th, 2025
Signed: October 15th, 2025
**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

```
-------------------------------------------------------------X
In re:                                          :       Chapter 11
                                                :
Toufic Salim Melki                              :       Case No.  19-15265-LSS
          Debtor.                               :
                                                :
-------------------------------------------------------------X
                                                :
**Toufic Salim Melki**                          :
                                                :
          Plaintiff                             :
                                                :
v.                                              :
                                                :       Adv. Pro. No.
**BROOKE E. LIERMAN, in her**                   :
  capacity as Comptroller of                    :       23-00180
  Maryland                                      :
                                                :
          Defendant.                            :
_____ X
```

**CONSENT ORDER AND FINAL JUDGMENT**

Upon consideration of the objection of the pleadings herein and the agreement of the

parties, this Court being satisfied that jurisdiction exists under 28 U.S.C.§§ 1334 and 157 and that this is a core proceeding, it is hereby

ORDERED, ADJUGED AND DECREED on Count III of the Complaint pursuant to 11 U.S.C. § 505 that the liability of the parties for tax years 2016-2022 is as follows:

| Tax Year | Tax Amount | Penalty | Interest | Liability Amount Due | Maryland Refund Amount Due |
|---|---|---|---|---|---|
| 2016 | $2,345.42 | $234.56 | $2164.71, | $4,744.69 | |
| 2017 | $3,749.00 | $0.00 | 0.00 | $3,749.00 | |
| 2018 | | | | | |
| 2019 * | | | | | ($2,551.84) Mailed 10/2/25 |
| 2019* | | | | | ($54,958.97) |
| 2020 | | | | | ($30,955.74) |
| 2021 | $14,818.81 | $1,481.88 | $4,811.88 | $21,112.57 | |
| 2022 | | | | | ($4,659.83) |
| 2024 | | | | | ($0.02) |
| Summary | $20,913.23 | $1,716.44 | $6,976.59 | $29,606.26 | ($90,574.56) |
| Final Refund Due | | | | | ($60,968.30) |

and it is

FURTHER ORDERED that Defendant shall promptly pay the refund due of $60,968.30 to Debtor; and it is

FURTHER ORDERED that in light of the corrective measures taken by Defendant and the agreement to the foregoing, Debtor waives any claim to further relief on Counts 1-2 of the Complaint.

Copies to:

Plaintiff/Debtor's Counsel (by CM/ECF)
Defendant's Counsel (by CM/ECF)

End of Order

WE ASK FOR THIS:

/s/ Daniel M. Press_____
Daniel M. Press, #07300
CHUNG & PRESS, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
dpress@chung-press.com
Counsel for Plaintiff/Debtor


/s/ Kimberly B. Stephens

Kimberly B. Stephens, Bar No. 28572
Compliance Division
7 St. Paul Street - Suite 230K
Baltimore, MD 21202
Phone:410-767-1577
Email: kstephens@marylandtaxes.gov
Counsel for Defendant



I HEREBY CERTIFY that the terms of the copy of the order submitted to the court are identical to those set forth in the original order; and the signatures represented by the /s/_____ on the copy of the order submitted to the Court reference the signatures of consenting parties obtained on the original order.

/s/ Daniel M. Press
Daniel M. Press