United States Bankruptcy Court
District of Maryland

Melki,
    Plaintiff

Lierman,
    Defendant

Adv. Proc. No. 23-00180-LSS

# CERTIFICATE OF NOTICE

District/off: 0416-0     User: admin     Page 1 of 2
Date Rcvd: Oct 16, 2025     Form ID: pdfparty     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Brooke E Lierman, in her capacity as Comptroller of MD, Compliance Division, Bankruptcy Divisio, 301 W. Preston Street, Room 409, Baltimore, MD 21201-2396 |
| pla | + | Toufic Salim Melki, 1385 Templeton place, Rockville, MD 20852-1433 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| dft | Email/Text: Bankruptcymail@marylandtaxes.gov | Oct 16 2025 19:19:00 | Comptroller of Maryland, c/o Kimberly Stephens, Esq., 301 West Preston Street, Room 410, Baltimore, MD 21201-2383 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 18, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel M. Press | dpress@chung-press.com pressdm@gmail.com,danpress@recap.email |
| Kimberly Stephens | kstephens@comp.state.md.us |

District/off: 0416-0 User: admin Page 2 of 2
Date Rcvd: Oct 16, 2025 Form ID: pdfparty Total Noticed: 3
TOTAL: 2

Entered: October 15th, 2025
Signed: October 15th, 2025

**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

---------------------------------------------------------------X
**In re:**                                                   :       Chapter 11
                                                             :
Toufic Salim Melki                                           :       Case No.  19-15265-LSS
        **Debtor.**                                          :
                                                             :
---------------------------------------------------------------X
                                                             :
**Toufic Salim Melki**                                       :
                                                             :
                                                             :
        **Plaintiff**                                        :
                                                             :
v.                                                           :
                                                             :       Adv. Pro. No.
**BROOKE E. LIERMAN, in her**                                :
  **capacity as Comptroller of**                             :       23-00180
  **Maryland**                                               :
                                                             :
        **Defendant.**                                       :
_____X

**CONSENT ORDER AND FINAL JUDGMENT**

Upon consideration of the objection of the pleadings herein and the agreement of the

parties, this Court being satisfied that jurisdiction exists under 28 U.S.C.§§ 1334 and 157 and that this is a core proceeding, it is hereby

ORDERED, ADJUGED AND DECREED on Count III of the Complaint pursuant to 11 U.S.C. § 505 that the liability of the parties for tax years 2016-2022 is as follows:

| Tax Year | Tax Amount | Penalty | Interest | Liability Amount Due | Maryland Refund Amount Due |
|---|---|---|---|---|---|
| 2016 | $2,345.42 | $234.56 | $2164.71, | $4,744.69 | |
| 2017 | $3,749.00 | $0.00 | 0.00 | $3,749.00 | |
| 2018 | | | | | |
| 2019 * | | | | | ($2,551.84) Mailed 10/2/25 |
| 2019* | | | | | ($54,958.97) |
| 2020 | | | | | ($30,955.74) |
| 2021 | $14,818.81 | $1,481.88 | $4,811.88 | $21,112.57 | |
| 2022 | | | | | ($4,659.83) |
| 2024 | | | | | ($0.02) |
| Summary | $20,913.23 | $1,716.44 | $6,976.59 | $29,606.26 | ($90,574.56) |
| Final Refund Due | | | | | ($60,968.30) |

and it is

FURTHER ORDERED that Defendant shall promptly pay the refund due of $60,968.30 to Debtor; and it is

FURTHER ORDERED that in light of the corrective measures taken by Defendant and the agreement to the foregoing, Debtor waives any claim to further relief on Counts 1-2 of the Complaint.

Copies to:

Plaintiff/Debtor's Counsel (by CM/ECF)
Defendant's Counsel (by CM/ECF)

End of Order

WE ASK FOR THIS:

/s/ Daniel M. Press_____
Daniel M. Press, #07300
CHUNG & PRESS, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
dpress@chung-press.com
Counsel for Plaintiff/Debtor


/s/ Kimberly B. Stephens

Kimberly B. Stephens, Bar No. 28572
Compliance Division
7 St. Paul Street - Suite 230K
Baltimore, MD 21202
Phone: 410-767-1577
Email: kstephens@marylandtaxes.gov
Counsel for Defendant



I HEREBY CERTIFY that the terms of the copy of the order submitted to the court are identical to those set forth in the original order; and the signatures represented by the /s/_____ on the copy of the order submitted to the Court reference the signatures of consenting parties obtained on the original order.

/s/ Daniel M. Press
Daniel M. Press